**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**P.M.B. Hydra-Screw, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3086670** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**400A Airport Road**<br>**Elgin, IL**<br>ZIP Code **60123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** EUGENE CRANE 0537039 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **P.M.B. Hydra-Screw, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **P.M.B. Hydra-Screw, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Address

**312-641-6777**
Telephone Number

**March  3, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carl O. Malone**
Signature of Authorized Individual

**Carl O. Malone**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  3, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **P.M.B. Hydra-Screw, Inc.**　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Corey Steel** <br> **2800 South 61st Ct.** <br> **Cicero, IL 60804** | **Corey Steel** <br> **2800 South 61st Ct.** <br> **Cicero, IL 60804** | | | **291,467.73** |
| **Mechanical Comp. Sales** <br> **P.O. Box 690** <br> **Carol Stream, IL 60132** | **Mechanical Comp. Sales** <br> **P.O. Box 690** <br> **Carol Stream, IL 60132** | | | **185,000.00** |
| **American Aluminum Extrusion** <br> **One Ssaint Lawrence Ave.** <br> **Beloit, WI 53511** | **American Aluminum Extrusion** <br> **One Saint Lawrence Ave.** <br> **Beloit, WI 53511** | | | **85,390.72** |
| **American Express** <br> **P.O. Box 360002** <br> **Fort Lauderdale, FL 33336** | **American Express** <br> **P.O. Box 360002** <br> **Fort Lauderdale, FL 33336** | | | **65,000.00** |
| **Baron Drawn Steel Corp.** <br> **7505 Baron Steel Drive** <br> **Canton, MI 48187** | **Baron Drawn Steel Corp.** <br> **7505 Baron Steel Drive** <br> **Canton, MI 48187** | | | **58,475.39** |
| **Perkins Products Inc.** <br> **7025 W. 66th Place** <br> **Chicago, IL 60638** | **Perkins Products Inc.** <br> **7025 W. 66th Place** <br> **Chicago, IL 60638** | | | **46,503.17** |
| **Webster-Hoff Corporation** <br> **P.O. Box 95109** <br> **Palatine, IL 60095-0109** | **Webster-Hoff Corporation** <br> **P.O. Box 95109** <br> **Palatine, IL 60095-0109** | | | **30,363.71** |
| **DuPage Precision Tool** <br> **234 North Spruce Ave.** <br> **Bensenville, IL 60106** | **DuPage Precision Tool** <br> **234 North Spruce Ave.** <br> **Bensenville, IL 60106** | | | **21,768.00** |
| **Tryton Technologies** <br> **1426 Candlewood Dr.** <br> **Crystal Lake, IL 60014** | **Tryton Technologies** <br> **1426 Candlewood Dr.** <br> **Crystal Lake, IL 60014** | | | **21,658.51** |
| **Midway Grinding, Inc.** <br> **Law Offices of Robert Mucci** <br> **P.O. Box 207** <br> **Bloomingdale, IL 60108** | **Midway Grinding, Inc.** <br> **Law Offices of Robert Mucci** <br> **P.O. Box 207** <br> **Bloomingdale, IL 60108** | | | **21,000.00** |
| **Quality Tools** <br> **358 Country Club Drive** <br> **Melrose Park, IL 60160** | **Quality Tools** <br> **358 Country Club Drive** <br> **Melrose Park, IL 60160** | | | **20,755.01** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **P.M.B. Hydra-Screw, Inc.**                                             Case No.  _____

                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Frank J. Kolman, Ltd.<br>412 S. Maple St.<br>Mount Prospect, IL 60056 | Frank J. Kolman, Ltd.<br>412 S. Maple St.<br>Mount Prospect, IL 60056 | | | 18,000.00 |
| Chase Brass & Copper Company<br>c/o Bank of America<br>12570 Collection Center Dr.<br>Chicago, IL 60693 | Chase Brass & Copper Company<br>c/o Bank of America<br>12570 Collection Center Dr.<br>Chicago, IL 60693 | | | 18,000.00 |
| J&L Industrial Supply<br>20921 Lahser Rd.<br>Southfield, MI 48033 | J&L Industrial Supply<br>20921 Lahser Rd.<br>Southfield, MI 48033 | | | 17,991.83 |
| Life Storage<br>440-K Airport Rd.<br>Elgin, IL 60123 | Life Storage<br>440-K Airport Rd.<br>Elgin, IL 60123 | | | 15,261.70 |
| Tool Crib<br>151 Eastern Ave.<br>Bensenville, IL 60106 | Tool Crib<br>151 Eastern Ave.<br>Bensenville, IL 60106 | | | 15,224.00 |
| Holsinger Steel & Supply Co.<br>368 Beinoris Dr.<br>P.O. Box 453<br>Wood Dale, IL 60191 | Holsinger Steel & Supply Co.<br>368 Beinoris Dr.<br>P.O. Box 453<br>Wood Dale, IL 60191 | | | 11,859.15 |
| Saicor Inc.<br>708 N. Princeton Ave.<br>Villa Park, IL 60181 | Saicor Inc.<br>708 N. Princeton Ave.<br>Villa Park, IL 60181 | | | 11,000.00 |
| Kaiser Aluminum & Chemical<br>22208 Network Place<br>Chicago, IL 60673-1222 | Kaiser Aluminum & Chemical<br>22208 Network Place<br>Chicago, IL 60673-1222 | | | 10,000.00 |
| Rathbone Precision Metals<br>1241 Park St.<br>Palmer, MA 01069 | Rathbone Precision Metals<br>1241 Park St.<br>Palmer, MA 01069 | | | 9,500.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March  3, 2008**                         Signature  **/s/ Carl O. Malone**
                                                                    **Carl O. Malone**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **P.M.B. Hydra-Screw, Inc.**                                                           Case No. _____

                                    Debtor(s)                                         Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March  3, 2008**                                    **/s/ Carl O. Malone**
                                                                       **Carl O. Malone**/**President**
                                                                       Signer/Title

Aarstar
9007 West Exchange Place
Franklin Park, IL 60131

Arthur Machinery, Inc.
2501 Landmeier Rd.
Elk Grove Village, IL 60007

Carl Malone

.

Accent Metal Finishing
9331 West Byron
Schiller Park, IL 60176

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Catching Fluidpower, Inc.
Corporated Headquarters
881 Remington Blvd.
Bolingbrook, IL 60440

Adapt-A-Pak
201 West 6th St.
Lockport, IL 60441

AT&T Internet Services
P.O. Box 650396
Dallas, TX 75266-0396

Chase Brass & Copper Company
c/o Bank of America
12570 Collection Center Dr.
Chicago, IL 60693

Advanced Telecommunications
1811 Centre Point Circle
Suite 111
Naperville, IL 60563-1438

AT&T Long Distance
P.O. Box 660688
Dallas, TX 75266-0688

Chicago Anodizing
4112 West Lake Street
Chicago, IL 60624

Advocate Occupational Healing
205 W. Touhy, Ste. 104
Park Ridge, IL 60068

Atlas Lift Truck
5050 N. River Rd.
Schiller Park, IL 60176

Columbia Marking Tools
27430 Luckino Dr.
New Baltimore, MI 48047

All State Staple Co.
201 Scott Street
Elk Grove Village, IL 60007

Barak
538 North York Rd.
Bensenville, IL 60106

ComEd
Bill Payment Center
Chicago, IL 60668

Allied Process Systems, Inc.
490 Bennet Rd.
Elk Grove Village, IL 60007

Baron Drawn Steel Corp.
7505 Baron Steel Drive
Canton, MI 48187

Cutting Edge Maching Inc.
105 Randall St.
Elk Grove Village, IL 60007

American Aluminum Extrusion
One Ssaint Lawrence Ave.
Beloit, WI 53511

Belmont Plating Works, Inc.
9145 King Street
Franklin Park, IL 60131

Dan Malone

American Express
P.O. Box 360002
Fort Lauderdale, FL 33336

Brian Malone

DuPage Precision Tool
234 North Spruce Ave.
Bensenville, IL 60106

AmeriGas
522 S. Vermont St.
Palatine, IL 60067

Campos Skid Inc.
505 Sundown Rd.
South Elgin, IL 60177

Enterprise Leasing
2501 Landmeier Rd.
Attn: Todd White
Elk Grove Village, IL 60007

Environmental Group Svcs, Ltd.
557 West Polk St.
Chicago, IL 60607

Hazchem Environmental Co.
1145 West National Ave.
Addison, IL 60101-3128

Lithographic Industries, Inc.
2445 Gardner Rd.
Broadview, IL 60155

Extramet Products LLC
2890 Ligonier St.
Latrobe, PA 15650

Holsinger Steel & Supply Co.
368 Beinoris Dr.
P.O. Box 453
Wood Dale, IL 60191

Martin Fluid Power
84 Minnesota
Troy, MI 48083

Fed X Freight East
4103 Collection Center Dr.
Chicago, IL 60693

HSM Electronic Protection
8309 Innovation Way
Chicago, IL 60682

MDT Trucking, Inc.
P.O. Box 434
Wood Dale, IL 60191

First Insurance Funding
8075 Innovation Way
Chicago, IL 60682-0080

Industrial-Commercial Filtration
1843 Dunbarton Lane
Belvidere, IL 61008

Mechanical Comp. Sales
P.O. Box 690
Carol Stream, IL 60132

Fort Dearborn Life Insurance
36788 Eagle Way
Chicago, IL 60678-1367

J&L Industrial Supply
20921 Lahser Rd.
Southfield, MI 48033

Merit Benefits Group Inc.
Midwest Plaza Center
2001 Midwest Rd., Suite ___
Oak Brook, IL 60523

Frank J. Kolman, Ltd.
412 S. Maple St.
Mount Prospect, IL 60056

Kaiser Aluminum & Chemical
22208 Network Place
Chicago, IL 60673-1222

Metal Supermarkets
1675 Tonne Rd.
Elk Grove Village, IL 60007

G&K Rockford
5611 11th St.
Rockford, IL 61109

Larry Benwell
2396 Wescreek Dr.
Maryland Heights, MO 63043

Midway Grinding, Inc.
Law Offices of Robert Mucci
P.O. Box 207
Bloomingdale, IL 60108

Gatwood Crane Service, Inc.
2345 East Hamilton Rd.
Arlington Heights, IL 60004

LBE.Ltd.
P.O. Box 1852
Palatine, IL 60078

Midwest Servicing Inc.
6894 Pittsford Palmyra Rd.
200 Crosskeys Office Park, Ste. 23
Fairport, NY 14450

Groot Recycling & Waste Service
2500 Landmeier Rd.
Elk Grove Village, IL 60007

Lee Spring
1462 62nd Street
Brooklyn, NY 11219

Morgan Ohare, Inc.
701-735 Factory Rd.
Addison, IL 60101

Harry Malone

Life Storage
440-K Airport Rd.
Elgin, IL 60123

National Distribution
130 Schmitt Boulevard
Farmingdale, NY 11735

| | | |
|---|---|---|
| National Lift Truck | Pramco CV8, LLC<br>SDS-12-2759<br>P.O. Box 86<br>Minneapolis, MN 55486-2759 | Superior Industrial Supply Co.<br>7300 Oak Park Ave.<br>Niles, IL 60714 |
| Nationwide Life Insurance<br>1 Nationwide Plaza<br>Dept. 0890<br>Columbus, OH 43271-0890 | Quality Tools<br>358 Country Club Drive<br>Melrose Park, IL 60160 | Taubensee Steel & Wire<br>600 Diens Drive<br>Wheeling, IL 60090 |
| Newark Electroncis<br>Newark InOne<br>P.O. Box 94151<br>Palatine, IL 60094-4151 | Rathbone Precision Metals<br>1241 Park St.<br>Palmer, MA 01069 | The Herring Group<br>P.O. Box 884<br>Elmhurst, IL 60126-0884 |
| Nicor Gas<br>P.O. Box 310<br>Aurora, IL 60507-0310 | Raymond M. Sophie Esq.<br>Attorney at Law<br>5111 N. Tamarack Dr.<br>Barrington, IL 60010 | The Malone Group |
| Paddock Publications, Inc.<br>P.O. Box 1400<br>Arlington Heights, IL 60006 | RAYVAC Plastic Decorators<br>47W171 Route 30<br>Big Rock, IL 60511-9304 | Tool Crib<br>151 Eastern Ave.<br>Bensenville, IL 60106 |
| Parts Cleaning Technology<br>2537 LeMoyne Ave.<br>Melrose Park, IL 60160 | Saicor Inc.<br>708 N. Princeton Ave.<br>Villa Park, IL 60181 | Toyota Financial Services<br>19001 S. Western Ave.<br>Mail Drop #WF13<br>Torrance, CA 90501 |
| Penske Truck Leasing Co.<br>P.O. Box 802577<br>Chicago, IL 60680-2577 | Scientific Metal Treating Co.<br>106 Chancellor Dr.<br>Roselle, IL 60172 | Transparent Container Company<br>31006 Network Place<br>Chicago, IL 60673-1310 |
| Perkins Products Inc.<br>7025 W. 66th Place<br>Chicago, IL 60638 | Snap Jaws<br>33215 Dequindre Rd.<br>Troy, MI 48083 | Tryton Technologies<br>1426 Candlewood Dr.<br>Crystal Lake, IL 60014 |
| PIC Molding<br>P.O. Box 358<br>Plainfield, IL 60544 | Sprint PCS<br>P.O. Box 660092<br>Dallas, TX 75266-0092 | United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| Pramco CV8, LLC<br>6894 Pittsford Palmyra Rd.<br>230 CrossKeys Office Park<br>Fairport, NY 14450 | St. Louis Packaging<br>1000 E. State Pkwy<br>Schaumburg, IL 60173 | UPS Supply Chain Solutions<br>Attn: Customs Brokerage SS<br>1930 Bishop Lane, Ste. 20<br>Louisville, KY 40218 |

USF Holland, Inc.
Drawer #5833
P.O. Box 79001
Detroit, MI 48279-5833


Vicentte Berum




Village of Elk Grove
901 Wellington Ave.
Elk Grove Village, IL 60007



W.D. Quinn Saw Co.
1111 Belgrove Drive
Saint Louis, MO 63137



Webster-Hoff Corporation
P.O. Box 95109
Palatine, IL 60095-0109



Zenger's
1132 West Grand Ave.
Melrose Park, IL 60164